**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| TANISHA M. LEE | ) Case No. 2:14-bk-18339-DPC |
| | ) |
| Debtor. | ) Adversary No. 2:17-ap-00009-DPC |
| | ) |
| DAVID A. BIRDSELL, Chapter 7 Trustee, | ) |
| | ) **DEFAULT JUDGMENT AGAINST** |
| Plaintiff, | ) **TANISHA M. LEE** |
| vs. | ) |
| | ) |
| TANISHA M. LEE | ) |
| | ) |
| Defendant. | ) |
| | ) |

The plaintiff and Chapter 7 trustee, David A. Birdsell ("Plaintiff" or "Trustee"), having filed a Complaint (the "Complaint") on March 12, 2017 against Tanisha M. Lee ("Debtor" or "Defendant"); the Clerk of the Bankruptcy Court having duly entered default against Debtor; the Plaintiff having filed his Motion for Entry of Default Judgment against Debtor; Debtor being neither infant nor incompetent; Debtor having been properly served pursuant to Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure; the statutory time within which to plead or otherwise defend having expired and Debtor having failed to do so; the Complaint having set forth facts sufficient to support the claim for relief; and good cause appearing, it is,

ORDERED, ADJUDGED AND DECREED granting Judgment by default against Tanisha M. Lee:

A. The Debtor's discharge is hereby revoked, pursuant to 11 U.S.C. § 727(d)(3); and

B. The Bankruptcy Clerk is directed to close this adversary proceeding.

**SIGNED AND DATED ABOVE.**